IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. OSCAR BECERRA-RUIZ, Defendant | **COURT MINUTES** |

BEFORE: The Hon. Paul A. Magnuson, U.S. District Judge

| | |
|---|---|
| Case No: | 24-cr-313(1) (PAM/DJF) |
| Date: | January 29, 2026 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | Saint Paul |
| Courtroom: | 7D |
| Time Commenced: | 10:43 a.m. |
| Time Concluded: | 11:03 a.m. |
| Time in Court: | 20 minutes |

**APPEARANCES:**

**For Plaintiff:** Brad Endicott, AUSA

**For Defendant:** Kevin DeVore, RET

**PROCEEDINGS:**

X **PLEA AGREEMENT:**

- X  Guilty as to Count 1 of the Indictment.
- X  Remaining counts to be dismissed at sentencing.
- X  Preliminary Presentence Investigation Report ordered and due on or before April 1, 2026.
- X  Defendant to remain on bond according to present terms and conditions.

Dated: January 29, 2026

s/Nikki Scherek
Courtroom Deputy
To The Hon. Paul A. Magnuson